IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br>            Plaintiff,<br><br>      v.<br><br>AMERICAN DIAMOND BUILDERS, INC.<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO.  20-1608 |

**ORDER**

AND NOW, this  31st  day of July, 2020, upon consideration of the Motion of Raymond Marasheski to Intervene and for the Court to Stay the Matter (Doc. No. 3) and Plaintiff Crum & Forster Specialty Insurance Company's Opposition (Doc. No. 4), it is hereby ORDERED that Defendants' Motion (Doc. No. 3) is DENIED.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,     J.